■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL HERRERA, Appellant. [603 NYS2d 142] —Judgment, Supreme Court, Bronx County (Joseph Cerbone, J.), rendered February 27, 1992, convicting defendant, after a jury trial, of criminally negligent homicide and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

Defendant's contention that the line-up was unduly suggestive because he was the only person with a goatee is without merit because his facial hair was not a characteristic emphasized by the two eyewitnesses *(see, People v Williams,* 182 AD2d 568, 569, *lv denied* 80 NY2d 935). Moreover, four of the stand-ins, all of whom looked similar to defendant in terms of skin tone and texture as well as hair color, had facial hair. Both of the identification witnesses unhesitatingly testified at

trial that the defendant was the man they had seen on the night of the crime. Lastly, we note that the defendant gave a written inculpatory statement, which he later repeated on videotape. Concur—Murphy, P. J., Sullivan, Kupferman, Asch and Kassal, JJ.